BALT TRIAL DEPOSITION DESIGNATIONS

| DEPONENT | PAGE START LINE | PAGE END LINE | STRYKER OBJECTION | COURT RULING |
|---|---|---|---|---|
| John Hilvert | All pages listed by Stryker | | | |
| | 20:10 | 20:18 | | |
| | 23:15 | 25:3 | | |
| | 26:25 | 27:9 | | |
| | 30:13 | 30:23 | | |
| | 31:20 | 32:9 | | |
| | 36:24 | 37:7 | | |
| | 39:22 | 40:9 | | |
| | 41:16 | 41:23 | | |
| | 52:18 | 54:10 | | |
| | 56:8 | 57:3 | | |
| | 57:11 | 61:9 | | |
| | 65:7 | 65:18 | | |
| | 65:24 | 69:2 | | |
| | 72:15 | 73:20 | | |
| | 80:24 | 82:8 | | |
| | 82:20 | 83:4 | | |
| | 85:2 | 85:13 | | |
| | 85:21 | 87:15 | | |
| | 88:16 | 89:16 | | |
| | 90:3 | 90:19 | | |
| | 93:11 | 93:12 | | |
| | 94:7 | 94:13 | | |
| | 97:22 | 97:24 | | |
| | 99:16 | 99:20 | | |
| | 100:2 | 100:4 | | |
| | 100:12 | 100:14 | | |
| | 100:19 | 101:9 | | |
| | 102:21 | 102:23 | | |
| | 103:22 | 103:23 | | |
| | 105:20 | 106:5 | | |
| | 106:25 | 107:2 | | |
| | 109:11 | 109:13 | | |
| | 110:18 | 111:15 | | |
| | 112:6 | 112:15 | | |
| | 116:10 | 116:12 | | |
| | 116:20 | 116:22 | | |
| | 117:17 | 117:24 | | |
| | 118:20 | 118:23 | | |

|  | | | | |
|---|---|---|---|---|
|  | 119:17 | 120:8 | | |
|  | 120:25 | 122:5 | | |
|  | 122:12 | 122:24 | | |
|  | 124:17 | 124:23 | | |
|  | 125:8 | 125:9 | | |
|  | 125:14 | 125:20 | | |
|  | 126:21 | 127:7 | | |
|  | 127:13 | 128:4 | | |
|  | 129:3 | 129:5 | | |
|  | 129:19 | 130:6 | | |
|  | 131:1 | 131:10 | | |
|  | 122:6 | 132:15 | | |
|  | 133:9 | 134:2 | | |
|  | 135:10 | 136:1 | | |
|  | 136:14 | 136:25 | | |
|  | 138:23 | 139:25 | | |
|  | 162:5 | 162:12 | | |
|  | 175:13 | | | |
|  | 175:19 | 177:1 | | |
|  | 184:16 | 184:23 | | |
|  | 186:12 | 186:15 | | |
|  | 187:24 | | | |
|  | 188:6 | 189:7 | | |
|  | 191:23 | 192:8 | | |
|  | 198:18 | 199:8 | | |
|  | 200:4 | 200:5 | | |
|  | 200:17 | 200:25 | | |
|  | 203:7 | | | |
|  | 204:12 | 205:7 | | |
|  | 205:14 | 205:25 | | |
|  | 207:8 | 207:23 | | |
|  | 213:6 | 213:16 | | |
|  | 214:2 | 214:14 | | |
|  | 215:9 | 216:25 | | |
|  | 218:19 | 218:20 | | |
|  | 219:2 | 219:16 | | |
|  | 219:17 | | | |
|  | 220:14 | 221:1 | | |
|  | 224:24 | 225:20 | | |
|  | 226:12 | 226:27 | | |